IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

ORTHAL STONE                                              No. 05cr20349-D
                                                          No. 05cr20352-Ml

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant had previously notified the Court that he is attempting to obtain private counsel to represent him in this action. The defendant appeared this day without the benefit of counsel and requested that counsel be appointed.

The Court determined that defendant does qualify for court appointed counsel and appointed an attorney from the CJA Panel to represent him.

Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), the time period of _10/19/05_ through _10/26/05_ is hereby excluded to allow defense counsel additional time for effective preparation.

**ARRAIGNMENT IS RESET TO WEDNESDAY, OCTOBER 26, 2005 AT 9:30 A.M. BEFORE MAGISTRATE JUDGE TU M. PHAM.**

This _19_ day of _October_, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-19-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20352 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT