IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION          05 OCT 27  AM 8: 12

THOMAS M. GOULD
CLERK, U.S DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

V.

05-20349-02-D
05-20352-02Ml

**ORTHAL STONE**

## ORDER ON ARRAIGNMENT

This cause came to be heard on ___October 26, 2005___, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME ___James Thomas___ who is Retained/<u>Appointed</u>.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:371; 18:1028 & 2;

U. S. Attorney assigned to Case: S. Parker

Age: 37



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20352 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James Edward Thomas
LAW OFFICE OF JAMES E. THOMAS
One Commerce Square
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT