IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS | ) | CR. NOS. 05-20349-D |
| | ) | 05-20352-D |
| ORTHAL STONE, | ) | 06-20038-D |
| Defendant. | ) | |

## ORDER EXTENDING SURRENDER DATE

Before the Court is Defendant's Motion To Delay Surrender Date, filed September 25, 2008. The defendant, through counsel, James E. Thomas, seeks to extend the surrender date until the Court has considered the Government's motion for a reduction of sentence, filed on September 23, 2008.

It is **ORDERED** that Defendant's motion is hereby **GRANTED**. It is **ORDERED** that Defendant will surrender **ON A DATE TO BE DETERMINED BY THE COURT** after a ruling on the Government's Motion for a reduction of sentence.

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self-addressed envelope, acknowledging that he/she has received a copy of this Order, and that he/she will report to the facility named above at a date to be determined in the future.

**ENTERED** this the ___30th___ day of September, 2008.

s/ Bernice B. Donald
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

## ACKNOWLEDGEMENT

I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.

Signed and acknowledged before me on _____

_____      _____
**Clerk/Deputy Clerk**                                    **Defendant**